Case 1:19-cr-20014-CMA   Document 1   Entered on FLSD Docket 01/14/2019   Page 1 of 3

FILED by YH D.C.
Jan 10, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20014-CR-ALTONAGA/GOODMAN**

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

JUAN ANGELES-CHAVEZ,

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 20, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUAN ANGELES-CHAVEZ,**

an alien, having previously been removed and deported from the United States on or about March 22, 2013, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MONICA V. ATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUAN ANGELES-CHAVEZ,

                         **Defendant.**

_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- **x** Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

| | Yes | No |
|---|---|---|
| New Defendant(s) | ___ | ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    X
   - II   6 to 10 days   ___
   - III  11 to 20 days  ___
   - IV   21 to 60 days  ___
   - V    61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  X

6. Has this case been previously filed in this District Court?  (Yes or No)  No
   If yes: Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  ___ Yes  X  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  X  No

_____
MONICA V. ATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502357

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JUAN ANGELES-CHAVEZ

**Case No:** _____

Count #: 1

Illegal Reentry after Removal

Title 8, United States Code, Section 1326(a)

**\*Max. Penalty:** 2 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**