

FILED BY _____MM_____ D.C.

Feb 6, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

FILED
FEB 0 1 2023
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | § | |
| | § | 19-20014-CR |
| vs. | § | Case Number: DR:23-M -00154(1) CW |
| | § | |
| | § | U.S MARSHALS W/TX |
| (1) Juan Angeles-Chavez | § | RECEIVED |
| *Defendant* | | |

FEB 01 2023

DEL RIO, TX

## ORDER OF REMOVAL

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:**

(1) Juan Angeles-Chavez is charged in the United States District Court, Southern District of Florida-Miami Division, 8 USC 1326(a).

The Court finds that a warrant of arrest has been issued for the Defendant from the United States District Court, Southern District of Florida-Miami Division, and Defendant has been arrested in this division. The Court further determined that the Defendant is the person named in said warrant.

YOU ARE HEREBY COMMANDED TO REMOVE (1) Juan Angeles-Chavez to the Southern District of Florida-Miami Division, and there deliver him/her to the United States Marshal for that District or to some other officer authorized to to receive him/her.

Defendant is being detained without bond.

ORDERED at DEL RIO, Texas, this 27th day of January, 2023.


_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:23-M -00154(1) |
| | § | |
| (1) Juan Angeles-Chavez | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the above named defendant.

This appointment shall remain in effect until the case is terminated or an attorney is appointed.

ORDERED this 30th day of January, 2023.

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number:  DR:23-M -00154(1)** |
| | § | |
| **(1) Juan Angeles-Chavez** | § | |

## ORDER SETTING DETENTION/ REMOVAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Thursday, February 02, 2023 at 10:30 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **30th day of January, 2023.**

**COLLIS WHITE**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

UNITED STATES OF AMERICA     §
                             §

V.                                     §

                                    §      **CAUSE NO. DR-23-0154M(1)**

JUAN ANGELES-CHAVEZ

*FILED*
*FEB 0 1 2023*
*CLERK, U.S. DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY_____*
                 *DEPUTY CLERK*

### WAIVER OF PRELIMINARY HEARING
### AND/OR DETENTION HEARING
(Rule 5 or 32.1, FED.R.CRIM.P.)

**Preliminary Hearing**

I, JUAN ANGELES-CHAVEZ, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, FED.R.CRIM.P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, JUAN ANGELES-CHAVEZ, el acusado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

_____
                         Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguirá detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____
Defendant

01/31/2023             _____
Date                        Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**
FEB 0 1 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:23-M -00154(1) |
| | § | |
| | § | |
| (1) Juan Angeles-Chavez | § | |
| *Defendant* | | |

## ORDER

      On motion of the United States Government requesting detention of the Defendant, (1) Juan Angeles-Chavez, a hearing was set for 02/02/23.

      JAIME ZAMPIEROLLO was appointed to represent the defendant. On 02/01/23, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

      THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

      SIGNED this 1st day of February, 2023.


COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

**FILED**

FEB 0 1 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | Case Number: DR:23-M -00154(1) CW |
| vs. | § | |
| | § | *(Case No.: 19-20014-CR)* |
| (1) Juan Angeles-Chavez | § | |
| *Defendant* | | |

# WAIVER OF REMOVAL HEARING

I, (1) Juan Angeles-Chavez, charged with 8 USC 1326(a)(; and having been arrested in the WESTERN DISTRICT OF TEXAS, DEL RIO Division, and taken before COLLIS WHITE, a UNITED STATES MAGISTRATE JUDGE for that District, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a warrant for my removal to the United States District Court, Southern District of Florida-Miami Division, where the aforementioned charge is pending against me.

_____
(1) Juan Angeles-Chavez, Defendant

WITNESS:

_____
COLLIS WHITE
UNITED STATES MAGISTRATE
JUDGE

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    Log Out

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Del Rio)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00154-CW All Defendants

Case title: USA v. Angeles-Chavez                  Date Filed: 01/17/2023

                                         Date Terminated: 02/01/2023

Assigned to: Judge Collis White

### Defendant (1)

| | | |
|---|---|---|
| **Juan Angeles-Chavez**<br>*TERMINATED: 02/01/2023* | represented by | **Jaime J. Zampierollo-Vila**<br>Office of the Federal Public Defender<br>Del Rio Division<br>Plaza Del Sol Shopping Center<br>2205 Veterans Blvd.<br>Suite A2<br>Del Rio, TX 78840<br>830-703-2040<br>Fax: 830-703-2047<br>Email: jaime_zampierollo-vila@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

| 8 USC 1326(a) Illegal Re-entry after deportation from the United States | Commitment to Another District - Southern District of Florida - Miami Division |
| --- | --- |

## Plaintiff

**USA**

| Date Filed | # | clear | Docket Text |
| --- | --- | --- | --- |
| 01/17/2023 | 1 | ☐ | Arrest (Rule 5/Rule 32.1) of Juan Angeles-Chavez (mgc) (Entered: 01/30/2023) |
| 01/30/2023 | 2 | | Proceedings held before Judge Collis White:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Juan Angeles-Chavez held on 1/30/2023. (Court Reporter FTR GOLD- MG CIENEGA.) (mgc) (Entered: 01/30/2023) |
| 01/30/2023 | 3 | ☐ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Juan Angeles-Chavez Jaime J. Zampierollo-Vila for Juan Angeles-Chavez appointed.. Signed by Judge Collis White. (mgc) (Entered: 01/30/2023) |
| 01/30/2023 | 4 | ☐ | ORDER as to Juan Angeles-Chavez, ( Detention Hearing AND Removal Hearing set for 2/2/2023 10:30 AM before Judge Collis White,). Signed by Judge Collis White. (mgc) (Entered: 01/30/2023) |
| 02/01/2023 | 5 | ☐ | WAIVER of Detention Hearing by Juan Angeles-Chavez (ccr) (Entered: 02/01/2023) |
| 02/01/2023 | 6 | ☐ | ORDER OF DETENTION: Bond set to NO BOND as to Juan Angeles-Chavez. Signed by Judge Collis White. (ccr) (Entered: 02/01/2023) |
| 02/01/2023 | 7 | ☐ | WAIVER - Rule 5/Rule 32.1 as to Juan Angeles-Chavez. (ccr) (Entered: 02/01/2023) |
| 02/01/2023 | 8 | ☐ | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Juan Angeles-Chavez. Defendant committed to Southern District of Florida - Miami Division.. Signed by Judge Collis White. (ccr) (Entered: 02/01/2023) |
| 02/01/2023 | 9 | ☐ | Notice to Southern District of Florida - Miami Division of a Rule 5, Rule 32, or Rule 40 Appearance as to Juan Angeles-Chavez. Your case number is: 19-20014. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ccr) (Entered: 02/01/2023) |

[ View Selected ]

or

[ Download Selected ]